Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.     (916) 971-4100
Fax     (916) 971-4150
ESERVICE@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID PERCIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC., COSTCO WHOLESALE CORPORATION; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-03037-DC-JDP<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER ON BEHALF OF PLAINTIFF MARK DAVID PERCIN, DEFENDANT LG ELECTRONICS USA, INC., AND DEFENDANT COSTCO WHOLESALE CORPORATION**<br><br>[Removed on 12/28/23 from State Court Action Filed 11/27/2023; Nevada County Superior Court, Case No.: CU001101] |

　　　　Plaintiff Mark David Percin and Defendants LG Electronics USA, Inc. and Costco Wholesale Corporation hereby submit the following Stipulation and Order Amending Scheduling Order.

**I.**

**Joint Description of Action**

　　　　Plaintiff Mark David Percin (hereinafter "Plaintiff") asserts causes of action for Breach of Express Warranty, Breach of Implied Warranty of Merchantability, Negligence, Strict Products Liability, Breach of Contract, Negligent Misrepresentation, Fraud by Omission, Intentional Misrepresentation, Negligent Infliction of Emotional Distress, and Intentional Infliction of Emotional Distress.

-1-

STIPULATION AND ORDER AMENDING SCHEDULING ORDER ON BEHALF OF PLAINTIFF MARK DAVID PERCIN, DEFENDANT LG ELECTRONICS USA, INC., AND DEFENDANT COSTCO WHOLESALE CORPORATION

These causes of action arise following Plaintiff's purchase of a washing machine manufactured and distributed by Defendants LG Electronics, Inc. and LG Electronics USA, Inc. and sold to Plaintiff by Defendant Costco Wholesale Corporation (hereinafter "subject washing machine). Plaintiff alleges the subject washing machine was defective in that it leaked in his home. Plaintiff further contends this leakage caused damage to his home, including the growth of mold. Plaintiff further alleges the mold growth within his home caused personal injuries to his respiratory system.

Defendant LG Electronic USA, Inc. (hereinafter "LG USA") denies the subject washing machine was defective in its design or manufacture when it left its possession. Defendant Costco Wholesale Corporation (hereinafter "Costco") denies any and all wrongdoing related to the sale, transportation, and installation of the subject washing machine.

## II.

## Discovery Plan

The parties have conducted multiple planning conferences during the pendency of this matter with the last conference occurring via Zoom on February 19, 2024.   This conference occurred because prior counsel for LG Electronics, Janet S. Guy, took on different employment and had been replaced by Richard V. De Gruccio in December 2024 and a revised litigation plan needed to be worked out among the parties addressing issues such as depositions, expert inspections, personal injury discovery, possible mediation and possible issue reduction. Additionally, in light of the Order of Reassignment and the foregoing, the parties agreed they would need to submit a revised Scheduling Order.

While written discovery has been pursued by the parties, depositions of the Plaintiff and multiple other individuals are contemplated.   The parties agreed to schedule the deposition of the Plaintiff for March 31, 2025 and Plaintiff indicated he will want to schedule the depositions of individuals involved in the installation and removal of the subject washing machine, the person most knowledgeable from an entity called Pillar Logistics and technicians from LG Electronic USA who serviced the subject washing machine.  It is also understood that if the matter is not resolved in the near future, Plaintiff's home will need to be inspected, and Plaintiff

may need to be examined to address his claims of physical injury

## III.

### Settlement Discussions

Settlement discussions have occurred in this matter as recently as February 2025 with a global offer being made and rejected. A further global demand was issued on February 19, 2025 by Plaintiff.

## III.

### Stipulation to Amend Schedule

It is agreed that in order to afford the parties the best opportunity to either resolve this matter and/or complete the discovery contemplated by the parties, an amended schedule is required. The amended schedule below will provide additional time to complete discovery, designate experts and prepare expert reports should the parties be unable to resolve this matter. The parties have not made any prior request to extend the Scheduling Order and without the extension of discovery, it is believed the parties will be prejudiced.

Upon instruction from the court, and in light of the foregoing, the parties stipulate to the following revised discovery timelines:

| EVENT | CURRENT DATE/TIME | NEW DATE/TIME |
| --- | --- | --- |
| Designation of Experts | March 13, 2025 | September 15, 2025 |
| Rebuttal Expert Disclosure | April 10, 2025 | October 13, 2025 |
| Completion of Expert Discovery | June 16, 2025 | December 15, 2025 |
| Completion of All Discovery (Last Date To Hear Motion to Compel) | June 20, 2025 (May 29, 2025) | December 22, 2025 (November 17, 2025) |

Federal Rules of Civil Procedure 6(b), 16(a) and 16(b)(4) give the court broad discretion to regulate pre-trial matters, to manage its calendar, grant continuance of scheduling dates, and so direct the parties in a manner that expedites disposition of the action and facilitates settlement. Pursuant to Local Rule 144 and as set forth above, good cause exists for the Court to grant the extensions requested under any of the Rules.

STIPULATION AND ORDER AMENDING SCHEDULING ORDER ON BEHALF OF PLAINTIFF MARK DAVID PERCIN, DEFENDANT LG ELECTRONICS USA, INC., AND DEFENDANT COSTCO WHOLESALE CORPORATION

IT IS SO STIPULATED.

DATED: February 26, 2025

By: _____
Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.    (916) 971-4100
Fax    (916) 971-4150
bdolin@jacobsenmcelroy.com
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

DATED: February 26, 2025

By: _____
Richard V. De Gruccio - 214679
**CHRISTENSEN HSU SIPES LLP**
1740 Creekside Oaks Drive, Suite 140
Sacramento, CA 95833
Tel.: (916) 443-6909
Fax: (916) 313-0645
jennifer@chs.law
richard@chs.law
kassie@chs.law
Attorneys for Defendant LG ELECTRONICS USA, INC

DATED: February 26, 2025

By: _____
Mark David Percin
11260 Donner Pass Road, #400
Truckee, CA, 96161
Tel.: (530) 582-8500
percin@sbcglobal.net
Plaintiff- In Propria Persona

**ORDER**

Based on the foregoing Stipulation and good cause appearing therefore, it is hereby ORDERED that the scheduling order, ECF No. 21, is modified as follows:

1. Initial expert disclosures shall be served on or before July 26, 2025.

2. Any rebuttal disclosures shall be served on or before August 23, 2025.

3. Motions to compel discovery shall be heard not later than September 4, 2025.

4. All facts and expert discovery shall be completed by September 25, 2025.

5. All dispositive motions shall be heard by no later than December 11, 2025.

IT IS SO ORDERED.

Dated:    April 30, 2025                         _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE