UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARK PERCIN, | Case No. 2:23-cv-3037-DC-JDP |
| Plaintiff, | |
| v. | ORDER WITHDRAWING THE REFERRAL TO THE MAGISTRATE JUDGE |
| LG ELECTRONIC USA, INC., *et al.*, | |
| Defendants. | |

This case, in which plaintiff was proceeding without counsel, was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 11, 2025, attorney George Vogt, Jr. was substituted in as attorney of record for plaintiff.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. I will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

1

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

IT IS SO ORDERED.

Dated:   June 12, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE